E-FILED
Friday, 15 August, 2014  08:50:12 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JOAN E. MULVANIA, KELLY LEA ACUAHUTTL, CARISSA BAILEY, HOPE LEANNE GOLDSBERRY, KOMANIQUE SHURON JOHNSON, RENEE LYNN LUCAS, DANIELLE DENISE McDORE, DEVIN LOVELADY-MOSSIRSON, BOBBIE OJEDA-FREEMAN, JENNIFER JILL SHELBY, and TONYA LUCILLE WOODS, individually and for others similarly situated, <br><br>           Plaintiffs, <br><br>     v. <br><br> SHERIFF OF ROCK ISLAND COUNTY, ROCK ISLAND COUNTY, JAMES BAILEY, MICHELLE HAUN, JO LIVENGOOD, JUSTIN GERALD MARTIN, TODD NESSELER, and CHRISTOPHER RAY YOUNG, <br><br>           Defendants. | No. 4:10-cv-04080 |

**NOTICE OF SERVICE OF SUBPOENA TO TRINITY MEDICAL CENTER AND ROCK ISLAND FIRE DEPARTMENT EMERGENCY SERVICES TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL CASE**

The undersigned certifies that a true copy of the above-listed documents were sealed in a postage prepared envelope addressed as set forth in the U.S. Mail at Moline, Illinois on the 15th day of August, 2014.

TO:   Kenneth N. Flaxman
       200 S. Michigan Avenue, Suite 201
       Chicago, Illinois 60604

       Heidi Weller
       Assistant State's Attorney
       RI Co. State's Attorney's Office – Civil Division
       210 15th Street, 4th Floor
       Rock Island, Illinois 61201

                                                        JAMES BAILEY, Defendant,

                                                        By __/s/ Jeffrey D. Martens_____
                                                            Attorney for Defendant

Jeffrey D. Martens
BOZEMAN, NEIGHBOUR, PATTON & NOE, LLP
Fifth Avenue Building
1630 Fifth Avenue
P.O. Box 659
Moline, Illinois 61266-0659
Phone:  (309) 797-0850
Fax:  (309) 764-1371
E-mail:  jmartens@bnpn.com

## CERTIFICATE OF SERVICE

THE UNDERSIGNED certifies that this instrument was electronically filed with the Clerk of Court using the CM/ECF system and that a copy of the foregoing instrument was electronically served upon the parties of record and also mailed to the parties on the 15th day of August, 2014.

                                                     ____/s/ Jeffrey D. Martens_____