IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

JOAN E. MULVANIA, KELLY LEA            )
ACUAHUTTL, CARISSA BAILEY, HOPE        )
LEANNE GOLDSBERRY, KOMANIQUE           )
SHURON JOHNSON, RENEE LYNN LUCAS,      )
DANIELLE DENISE McDORE, DEVIN          )
LOVELADY-MOSSIRSON, BOBBIE OJEDA-      )        No. 4:10-cv-04080
FREEMAN, JENNIFER JILL SHELBY, and     )
TONYA LUCILLE WOODS, individually and  )
for others similarly situated,         )
                                       )
                Plaintiffs,            )
                                       )
        v.                             )
                                       )
SHERIFF OF ROCK ISLAND COUNTY, ROCK    )
ISLAND COUNTY, JAMES BAILEY,           )
MICHELLE HAUN, JO LIVENGOOD, JUSTIN    )
GERALD MARTIN, TODD NESSELER, and      )
CHRISTOPHER RAY YOUNG,                 )
                                       )
                Defendants.            )

**NOTICE OF SERVICE OF SUBPOENA TO UNITY POINT HEALTH TRINITY AND
TREE OF LIFE CHIROPRACTIC INC. TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A
CIVIL ACTION**

The undersigned certifies that a true copy of the above-listed document was sealed in a

postage prepared envelope addressed as set forth in the U.S. Mail at Moline, Illinois on the 25

day of February, 2015.

TO:    Kenneth N. Flaxman
       200 S. Michigan Avenue, Suite 201
       Chicago, Illinois 6064

       Kathy Swett
       Assistant State's Attorney
       RI Co. State's Attorney's Office – Civil Division
       210 15th Street, 4th Floor
       Rock Island, IL 61201

JAMES BAILEY, MICHELLE HAUN, JO LIVENGOOD,
JUSTIN GERALD MARTIN, TODD NESSELER, and
CHRISTOPHER RAY YOUNG,
Defendants,


By___/s/ Jeffrey D. Martens_____
              Attorney for Defendants


Jeffrey D. Martens
Daniel F. Hardin
BOZEMAN, NEIGHBOUR, PATTON & NOE, LLP
Fifth Avenue Building
1630 Fifth Avenue
P.O. Box 659
Moline, IL  61266-0659
Phone:  (309) 797-0850
Fax:  (309) 764-1371
E-mail:  jmartens@bnpn.com
E-mail:  dhardin@bnpn.com


## CERTIFICATE OF SERVICE

THE UNDERSIGNED certifies that this instrument was electronically filed with the Clerk of
Court using the CM/ECF system and that a copy of the foregoing instrument was electronically
served upon the parties of record and also mailed to the parties on the 25 day of February, 2015.


                        _____/s/_ Jeffrey D. Martens_____