IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JOAN E. MULVANIA, KELLY LEA ACUAHUTTL, CARISSA BAILEY, HOPE LEANNE GOLDSBERRY, KOMANIQUE SHURON JOHNSON, RENEE LYNN LUCAS, DANIELLE DENISE McDORE, DEVIN LOVELADY-MOSSIRSON, BOBBIE OJEDA-FREEMAN, JENNIFER JILL SHELBY, and TONYA LUCILLE WOODS, individually and for others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>SHERIFF OF ROCK ISLAND COUNTY, ROCK ISLAND COUNTY, JAMES BAILEY, MICHELLE HAUN, JO LIVENGOOD, JUSTIN GERALD MARTIN, TODD NESSELER, and CHRISTOPHER RAY YOUNG,<br><br>        Defendants. | No. 4:10-cv-04080 |

## NOTICE OF DEPOSITION

TO:  Kathy Swett                                       Kenneth N. Flaxman
     Assistant State's Attorney                        200 S. Michigan Avenue, Suite 201
     RI Co. State's Attorney's Office – Civil Division  Chicago, IL  60604
     210 15th Street, 4th Floor
     Rock Island, IL 61201

     Kathy Reumann, CSR, RDR                           Steve Gross
     KRC Reporting, P.C.                               Risk Management
     P.O. Box 4024                                     Unity Point Health
     Rock Island, Illinois 61204-4024                  2701 17th Street
                                                       Rock island, IL  61201

YOU ARE HEREBY NOTIFIED that on the 28th day of April, 2015, we demand the following depositions:

9:00 am. Courtney Hamilton RN

9:30 a.m. Kathy Ryckeghem, R. N.

10:30 a.m. Kathryn Rose "Rosie" Hurtte

1:00p.m. Estela E. Soliz

1:30 p.m. Dawn Marie Smith

2:00 p.m. Lee Russell Williams

before an officer authorized to administer oaths at Bozeman, Neighbour, Patton & Noe, LLP, 1630 Fifth Avenue, 3rd Floor in Moline, Illinois, 61265, upon oral interrogatories, pursuant to the provisions of the Code of Civil Procedure and Rules of the Supreme Court.

Dated this 26th day of March, 2015.

JAMES BAILEY, MICHELLE HAUN,
JO LIVENGOOD, JUSTIN GERALD
MARTIN, TODD NESSELER, and
CHRISTOPHER RAY YOUNG,
Defendants,

By   /s/ Jeffrey D. Martens
      Attorneys for Defendant

Jeffrey D. Martens
Daniel F. Hardin
BOZEMAN, NEIGHBOUR, PATTON & NOE, LLP
Fifth Avenue Building
1630 Fifth Avenue
P.O. Box 659
Moline, IL  61266-0659
Phone: (309) 797-0850
Fax:  (309) 764-1371
E-mail:  jmartens@bnpn.com
E-mail:  mmclaughlin@bnpn.com

## CERTIFICATE OF SERVICE

THE UNDERSIGNED certifies that this instrument was electronically filed with the Clerk of Court using the CM/ECF system and that a copy of the foregoing instrument was electronically served upon the parties of record and also mailed to the parties on the 26th day of March, 2015.

/s/ Jeffrey D. Martens